AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| VITALITY IP HOLDINGS, LLC,<br>AND SEXUAL MD SOLUTIONS, LLC, d/b/a<br>GAINSWAVE,<br><br>*Plaintiff(s)*<br>v.<br>LISA PRICE, d/b/a VITALITY HEALTH 4U,<br>individually,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-24551-KMW<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lisa Price, Individually
c/o Vitality Health 4U
545 N. Main Street, Suite 2-A
Leeds, Utah 84746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
Gray Robinson P.A.
333 SE 2nd Avenue, Ste. 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 1, 2023

**SUMMONS**

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts